STATE ex rel. UTILS. COMM'N v. N.C. PAYPHONE ASS'N

No. 78A02

Case below: 148 N.C. App. 405

Motion by petitioner to dismiss notice of appeal (Carolina Telephone/Sprint) allowed 6 March 2002. Motion by petitioner to dismiss appeal (BellSouth) allowed 6 March 2002. Petition by intervenor-appellant (Carolina Telephone/Sprint) for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002. Petition by plaintiff-appellant (BellSouth) for writ of supersedeas dismissed as moot 6 March 2002. Petition by intervenor-appellant (Carolina Telephone/Sprint) for writ of supersedeas dismissed as moot 6 March 2002.

SUNSCRIPT PHARMACY CORP. v. N.C. BD. OF PHARMACY

No. 14P02

Case below: 147 N.C. App. 446

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002. Petition by plaintiff for writ of supersedeas dismissed as moot 6 March 2002. Motion by plaintiff for temporary stay dissolved 6 March 2002.

WILKERSON v. MacCLAMROCK

No. 6P02

Case below: 355 N.C. 223

Motion by defendant pro se to reconsider petition for writ of certiorari and objection to Supreme Court order dated 4 February 2002 denied 6 March 2002.

WOOD v. N.C. STATE UNIV.

No. 11P02

Case below: 147 N.C. App. 336

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 6 March 2002. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002.